**THIRD DIVISION**
**DILLARD, P. J.,**
**GOBEIL and HODGES, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

***DEADLINES ARE NO LONGER TOLLED IN THIS COURT. ALL FILINGS MUST BE SUBMITTED WITHIN THE TIMES SET BY OUR COURT RULES.***

**March 31, 2021**

# In the Court of Appeals of Georgia

A19A0425. UHS OF ANCHOR, L.P. d/b/a SOUTHERN DI-0017 CRESCENT BEHAVIORAL HEALTH SYSTEM v. GEORGIA DEPARTMENT OF COMMUNITY HEALTH et al.

DILLARD, Presiding Judge.

In *Premier Health Care Investments, LLC v. UHS of Anchor, L. P.,*[1] the Supreme Court of Georgia reversed our judgment in *UHS of Anchor, L. P. v. Dept. of Community Health et al.*[2] Accordingly, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own. For the reasons provided in the Supreme Court's opinion, we affirm the trial court's denial of the petition for judicial review, which affirmed the final order by the Department of Community Health.

*Judgment affirmed. Gobeil and Hodges, JJ., concur.*

---

[1] 310 Ga. 32 (849 SE2d 441) (2020).

[2] 351 Ga. App. 29 (830 SE2d 413) (2019).